PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:11-CR-00124-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | |
| JOVANNY DELAORUIZ, | Date; August 14, 2024<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for May 22, 2024, at 1:00 p.m., can be continued to August 14, 2024, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through August 14, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  May 13, 2024

_/s/ Joshua J. Schroeder_
Joshua J. Schroeder
Attorney for Defendant

_/s/ Arelis M. Clemente_
ARELIS M. CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:11-CR-00124-NODJ-BAM |
| Plaintiff, | ORDER |
| v. | |
| JOVANNY DELAORUIZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 22, 2024, at 1:00 p.m. is hereby continued to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through August 14, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:   **May 14, 2024**                   /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE