Joshua J. Schroeder, (SBN: 304992)
**BULLDOG LAW, P.C**.
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (855) 216-3990
(818)334-2145
Email: Joshua@thebulldog.law

Attorneys for Defendant,
JOVANNY DELAORUIZ

FILED
Jul 29, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>JOVANNY DELAORUIZ,<br><br>Defendant. | Case No. 1:11-cr-00124<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

    For good cause show and Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, **IT IS HEREBY ORDERED** that Defendant's Jovanny Delaoruiz's Motion For Revocation Of Detention Order; Memorandum Of Points And Authorities In Support Of Motion For Revocation Of Detention Order and Exhibits A-C.

    The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing defendant's serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defendant's motion that would adequately protect the compelling interests identified by the

defendant.

Therefore, Defendant's request to seal is hereby **GRANTED** and the requested documents shall be SEALED until further order of this Court.

Dated: **Jul 26, 2024**

~~HONORABLE BARBARA A. MCAULIFFE~~
UNITED STATES MAGISTRATE JUDGE
**Erica P. Grosjean, U.S. Magistrate Judge**