Joshua J. Schroeder, Esq. (SBN: 304992)
**BULLDOG LAW, P.C.**
500 N. Central Avenue
Suite 610
Glendale, California 91203
(855) 216-3990
joshua@thebulldog.law

Attorney for Defendant,
JOVANNY DELAORUIZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JOVANNY DELAORUIZ,<br><br>Defendant. | Case No: 1:11-cr-00124<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW HEARING**<br><br>Hearing Date:   August 26, 2024<br>Time: 2pm<br>Hon. Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED between the parties that the bail review hearing set for August 23, 2024, at 2:00 p.m., can be continued to August 26, 2024, at 2:00 p.m.  The hearing is currently scheduled at a time when Judge Stanley A. Boone is on duty, and the parties agree the date should be moved to the next available date that Judge Barbara A. McAuliffe is on duty.  It appears that Judge Boone was working at the United States Attorney's Office in the Eastern District of California when the present case was filed with the Court.  Therefore, out of an abundance of caution, the parties agree to continue the hearing to the prosed date before Judge McAuliffe.

///

///

///

BULLDOG LAW, P.C.

Dated: August 15, 2024

*/s/Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


*/s/Joshua J. Schroeder*
Joshua J. Schroeder, Esq.
Attorney for Defendant

Joshua J. Schroeder, Esq. (SBN: 304992)
**BULLDOG LAW, P.C.**
500 N. Central Avenue
Suite 610
Glendale, California 91203
(855) 216-3990
joshua@thebulldog.law

Attorney for Defendant,
JOVANNY DELAORUIZ

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 1:11-cr-00124 |
| Plaintiff, | **Order** |
| vs. | |
| JOVANNY DELAORUIZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the bail review hearing currently scheduled for August 23, 2024, at 2:00 p.m. is hereby continued to August 26, 2024, at 2:00 p.m.

Dated: 8/15/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE