PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. JOVANNY DELAORUIZ, Defendant. | Case No. 1:11-CR-00124-NODJ-BAM **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** Date; January 15, 2025 Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |
|---|---|

   IT IS HEREBY STIPULATED between the parties that the status conference set for October 9, 2024, at 1:00 p.m., can be continued to January 15, 2025, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through January 15, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

 Dated:  October 1, 2024

 */s/ Joshua J. Schroeder*
 Joshua J. Schroeder
 Attorney for Defendant


 */s/ Arelis M. Clemente*
 ARELIS M. CLEMENTE
 Assistant United States Attorney
 Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00124-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOVANNY DELAORUIZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for October 9, 2024, at 1:00 p.m. is hereby continued to **January 8, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through January 15, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 1, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE