| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ARELIS M. CLEMENTE |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00124-NODJ-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE; ORDER |
| v. | |
| JOVANNY DELAORUIZ, | |
| Defendant. | |

Pursuant to Federal Rules of Criminal Procedure 48, and by leave of Court, the United States Attorney for the Eastern District of California, hereby moves to dismiss the Indictment in the above-referenced case without prejudice, in the interest of justice, against Jovanny Delaoruiz. Dkt. 2. This motion is based on additional information reviewed with respect to Mr. Delaoruiz's case.

Therefore, the government requests that the Court dismiss the Indictment without prejudice and vacate the Status Conference currently scheduled for January 8, 2025.

Dated: December 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ARELIS M. CLEMENTE
ARELIS M. CLEMENTE
Assistant United States Attorney

MOTION TO DISMISS INDICTMENT                    1

ORDER

Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the Government's motion and gives the Government leave to dismiss the indictment in this matter without prejudice against defendant Jovanny Delaoruiz. Dkt. 2. All future dates in this matter, including the Status Conference Hearing scheduled for January 8, 2025 are VACATED.

Date: December 4, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE